**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CRIMINAL HEARING MINUTES**

Date: 2/2/2022

Case #: 3:22mj104 RAR    Dft #: 1

Honorable Judge: Richardson

**UNITED STATES OF AMERICA**

Vs.

Ariel Legassa

Deputy Clerk: A. Blue

AUSA: Nancy Gifford

Counsel for Defendant: Ashley Meskill

☐ Retained   ☐ CJA   ☒ FPD

Start Time: 12:45pm    End Time: 1:10pm

USPO: Ryan Togninalli

Recess (if more than ½ hr) _____ to _____

Reporter/ECRO/FTR: FTR

Interpreter _____ Language _____

Total Time ___ hours  25 minutes

Hearing held  ☒ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

| ☐ Initial Appearance ___ | ☒ Initial Appear. Rule 5  10 min | ☒ Detention  15 min | ☐ Arraignment ___ |
|---|---|---|---|
| ☐ Motion ___ | ☐ Bond ___ | ☐ Waiver/Plea ___ | ☐ Probable Cause ___ |
| ☐ Change of Plea ___ | ☐ Conflict ___ | ☐ Evidentiary ___ | ☐ Extradition ___ |
| ☐ Status Conference ___ | ☐ Competency ___ | ☐ In Camera ___ | ☐ Frye ___ |

☒ Arrest or ☐ Self surrender   Date: 2/2/2022
☐ Case Unsealed
☐ Deft failed to appear
☒ CJA23 financial affidavit filed under seal
☒ Oral Brady Order entered and paper to issue

☒ Rule 5 charging district: Mass
☐ Order appointing FPD
☐ Order appointing Attorney _____
☐ Set ATTY flag and notify grievance clerk
☐ Defendant waives right to proceed in-person

**FILED IN COURT**

| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
|---|---|---|
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**

Plea entered of  ☐ NOT guilty  ☐ guilty  ☐ nolo contendere;  As to counts _____
Plea agreement letter ☐ filed  ☐ under seal  ☐ to be filed
☐ Petition to enter guilty plea filed

**SENTENCING**

☐ Sentencing set for _____ at _____
☐ Probation 246B Order for PSI & Report filed
☐ Special Assessment of $_____ on count(s) _____. Total of $_____  ☐ due now  ☐ due at sentencing

Rev. 12-9-21

Page **1** of **2**

**ORDERS**
- ☒ Waiver of Rule 5 hearing filed
- ☐ Defendant motions due_____, Govt. responses due _____
- ☐ Scheduling Order filed  ☐ to be filed; ☐Sentencing scheduling order filed
- ☐ Hearing on pending motions scheduled for _____ at _____
- ☐ Jury Selection set for _____ at_____ before Judge_____
- ☐ Defendant's motion for waiver of 10-day notice filed;  ☐ Granted   ☐Denied    ☐Advisement
_____ hearing set for _____ ;  continued until_____

**DETENTION**
- ☐ Govt's motion for pretrial detention filed ☐ Granted  ☐Denied  ☐Advisement
- ☐ Order of detention filed
- ☒ Bond set at $ 75,000.00   ☐ reduced to $_____ ;  ☐Non-surety    ☒Surety    ☐Personal recognizance
- ☐ Bond  ☐revoked   ☐reinstated   ☐continued   ☐modified
- ☐ No bond set at this time
- ☐ Order of temporary detention pending hearing filed
- ☐ Defendant detained
- ☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**
- ☒ Connecticut restricted travel extended to MA_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
- ☐ Defendant must reside at _____.
- ☒ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☒ at USPO discretion
- ☒ Defendant must surrender passport to the USPO  ☐ must not apply for passport
- ☒ Defendant must refrain from possessing firearms or dangerous weapons
- ☒ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
- ☒ Defendant must maintain employment or actively seek employment
- ☒ As set forth in the Order Setting Conditions of Release
- ☐ Other _____
_____

**MOTIONS**
- ☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
- ☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
- ☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
- ☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement

**NOTES**
_____
_____
_____
_____