AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FEB 2 2022 PM 1:27
FILED-USDC-CT-HARTFORD

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ariel Legassa | ) | Case No. 22-MJ-4081-DHH |
| | ) | 3:22mj104 RAR |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Ariel Legassa                                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment         ☐ Superseding Indictment         ☐ Information         ☐ Superseding Information         ☑ Complaint
☐ Probation Violation Petition         ☐ Supervised Release Violation Petition         ☐ Violation Notice         ☐ Order of the Court

This offense is briefly described as follows:
Mail Fraud, in violation of 18 U.S.C. § 1341

Date:  **Jan 31, 2022**

*Issuing officer's signature*

City and state:   Worcester, Massachusetts           Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 1/31/2022, and the person was arrested on *(date)* 02/02/2022
at *(city and state)*

Date:  02/02/2022

*Arresting officer's signature*

SA Brendan M. Dunlon / FBI
*Printed name and title*