EFILE

# U.S. District Court
# District of Connecticut (New Haven)
# CRIMINAL DOCKET FOR CASE #: 3:22−mj−00104−RAR All Defendants

| | |
|---|---|
| Case title: USA v. Legassa | Date Filed: 02/02/2022 |

Assigned to: Judge Robert A. Richardson

**Defendant (1)**

| | | |
|---|---|---|
| **Ariel Legassa** | represented by | **Ashley Meskill** <br> Federal Defender Office <br> 10 Columbus Blvd, Floor 6 <br> Hartford, CT 06106 <br> 860−493−6260 <br> Email: ashley_meskill@fd.org <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Public Defender* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1341.F Mail Fraud, Frauds and Swindles | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Nancy V. Gifford** <br> U.S. Attorney's Office−HFD |

450 Main St. Room 328
Hartford, CT 06103
860−947−1101
Fax: 860−760−7979
Email: nancy.gifford@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2022 | | Arrest (Rule 5) of Ariel Legassa (Blue, A.) (Entered: 02/02/2022) |
| 02/02/2022 | 1 | Minute Entry for proceedings held before Judge Robert A. Richardson: Initial Appearance in Rule 5 Proceedings as to Ariel Legassa held on 2/2/2022, Detention Hearing as to Ariel Legassa held on 2/2/2022; 25 minutes (Court Reporter FTR.) (Blue, A.) (Entered: 02/02/2022) |
| 02/02/2022 | 3 | WAIVER of Rule 5 & 5.1 Hearings by Ariel Legassa (Blue, A.) (Entered: 02/02/2022) |
| 02/02/2022 | 4 | ORDER requiring a defendant to appear in the district where charges are pending as to Ariel Legassa, <br> Signed by Judge Robert A. Richardson on 2/2/22. (Blue, A.) (Entered: 02/02/2022) |
| 02/02/2022 | 5 | ORDER as to Ariel Legassa pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No.116−182, 134 Stat. 894 (Oct. 21, 2020). <br> Signed by Judge Robert A. Richardson on 2/2/22. (Blue, A.) (Entered: 02/02/2022) |
| 02/02/2022 | 6 | ELECTRONIC FILING ORDER FOR COUNSEL as to Ariel Legassa − PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER <br> Signed by Judge Robert A. Richardson on 2/2/22. (Blue, A.) (Entered: 02/02/2022) |
| 02/02/2022 | 7 | USM Return of Service on Arrest Warrant executed as to Ariel Legassa on 2/2/22 (Blue, A.) (Entered: 02/02/2022) |
| 02/02/2022 | 8 | Secured Bond Entered as to Ariel Legassa in amount of $ 75,000.00, (Blue, A.) (Entered: 02/02/2022) |
| 02/02/2022 | 9 | ORDER Setting Conditions of Release as to Ariel Legassa, <br> Signed by Judge Robert A. Richardson on 2/2/22. (Blue, A.) (Entered: 02/02/2022) |